PASQUALE LABATE
p.o.box21047
Phoenix,AZ85036
(602)284-4742

SERVENT OF THE LORD GOD

Plaintiff.UNIVERSAL,

```
                FILED      LODGED
                RECEIVED   COPY
                   FEB 29 2012
              CLERK U S DISTRICT COURT
                DISTRICT OF ARIZONA
              BY_____P DEPUTY
```

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PASQUALE SERVENT OF THE LORD GOD<br><br>Plaintiff/Universal<br><br>V.<br><br>GEORGE W.BUSH<br>EX-President of the<br>UNITED STATE OF AMERICA et,al.;<br><br>Defendant's | CV-12-421-PHX-DGC<br><br>PASQUALE THE SERVENT OF THE LORD GOD SUE.<br><br>EX-PRESIDENT GEORGE W,BUSH FOR NO COMPLY. WITH HIS PROMISING TO: PASQUALE AND TO THE LORD GOD, IN HIS LETTER TO PASQUALE DATE JUNE 2,2004 THE EX,PRESIDENT STATE THE MARRIAGE IS ONLY BETWEEN ONE MAN AND ONE WOMAN,COPY THE LETTER ATTACH AS EXHIBITS. |
| V<br><br>BARACK OBAMA<br>President of the UNITED STATE OF AMERICA et,al,<br><br>Defendant's | PASQUALE THE SERVENT OF THE LORD GOD SUE. BARACK OBAMA PRESIDENT OF THE UNITED STATE OF AMERICA.<br>THE PRESIDENT CONSTITUTION DO NOT PERMITTE TO GO ABOVE THE LORD GOD FROM HEVEN LAW.<br>THE PRESIDENT MUST ABENDEN.<br>THE ABORTION-THE SAME SEX MARRIAGE- AND THE EXCICUTION. |
| V.<br><br>THOMAS C.HORNE<br>Attorney General for the STATE OF ARIZON et.al.;<br><br>Defendant's | PASQUALE THE SERVENT OF THE LORD GOD. SUING.<br>THE STATE OF ARIZONA FOR NOT PROTECT THE LORD GOD FROM HEVEN LAW. THE TEN COMANDAMENT'S<br>THE STATE OF ARIZONA MUST PERMANENTLY ABANDED,AND PROTECT THE UNBORN CHILDRENS OF THE LORD GOD.<br>MUST DISMISS AND ABANDED THE SAME SEX MARRIAGE,<br>AND MUST PERMANENTLY BAN THE EXCICUTION. |

| | |
|---|---|
| 1  PASQUALE SERVENT OF THE LORD GOD. | |
| 2         Plantiff/Universal. | |
| 3 | |
| 4  V. | |
| 5  CHRIS GREGOIRE, GOVERNOR OF OLYMPIA, WASHINGTON STATE. et,al.; | PASQUALE SERVENT OF THE LORD GOD SUE CHRIS GREGOIRE. GOVERNOR OF OLYMPIA OF WASHINGTON STATE. PASQUALE CHALLENGE THE GOVERNOR SHE THOSE HAVE THE CONSTITUTIONAL RIGHT TO MAKE THE SAME SEX LEGAL. THE MARRIAGE IS ONLY BETWEEN ONE MAN AND ONE WOMAN. |
| 7         Defendant'S | |
| 8  V. | |
| 9  PLANNED PARENTHOOD OF Arizona Inc,et.al.; | PASQUALE THE SERVENT OF THE LORD GOD SUE PLANNED PARENTHOOD OF ARIZONA Inc.non profit CORPRATION FOR.THE PLANNED PARENTHOOD THOSE NOT HAVE THE LEGAL RIGHT TO GO ABOVE THE LORD GOD LAW.THE WOMAN WHO HAVE ABORTION THEY MURDER THEY UNBORN CHILDRENS. |
| 11         Defendant's | |
| 13  V. | |
| 15  PLANNED PARENTHOOD FEDERATION OF AMERICA INC.BY Jennifer Sandman et,al.; | PASQUALE SERVENT OF THE LORD GOD SUING THE PLANNED PARENTHOOD FEDERATION OF AMERICA INC. BY JENNIFER SANDMAN. PASQUALE I CHALLENGE YOU JENNIFER SANDMAN, BECOUSE YOU ASSIST THE CRIMINAL WOMAN AND DOCTORS TO MURDER THE CHILDRENS OF THE LORD GOD FROM HEVEN. |
| 17         Defendant's | |
| 19  V. | |
| 20  BISHOP THOMAS OLMSTED HIGH PRIEST OF PHOENIX et,al.; | PASQUALE SERVENT OF THE LORD GOD SUE BISHOP THOMAS OLMSTED FOR NOT RESPOND TO PASQUALE AFTER THREE LETTERS AND MANY CALLS.YOU STOP PASQUALE FOR NOT DELIVERE THE MESSAGE FROM THE LORD GOD FROM HEVEN TO HIS CHILDRENS AN EARTH. YOU MAY DO NOT BELIEVED THE LORD GOD EXCISTING. |
| 23         Defendant'S | |
| 23  V. | |
| 24  PASTOR JOHN D.ENHRICH PASTER OF SAINT THOMAS ROMAN CATHOLIC CHURCH. | PASQUALE THE SERVENT OF THE LORD GOD. SUE THE PASTOR JOHN D.ENHRICH.PASQUALE PERSUED THE PASTER OF SAINT THOMAS CHURCH TO GIVE PERMITION TO SPEEK HIS PARITIONERS TO DELIEVER THE MASSIAGE FROM THE LORD GO HE GOT OFFEND BECOUSE PASQUALE DID NOT CALL HIMFATHER? |

| | |
|---|---|
| THOMAS OLMSTAEAD<br>BISHOP For the State of ARIZONA<br>et.al.; | REVEREND JOHN EHRICH<br>SAINT THOMAS the APOSTLE<br>CATHOLIC CHURCH<br>et.al.; |
| Defendant's | Defendant's |

### THE LORD GO CHOOSING PASQUALE HIS SERVENT TO DELIVERING MESSAGE TO HIS PEOPLE ON EARTH AND DEFEND HIS BORN AND UNBORN CHILDRENS.

1. PASQUALE THE SERVENT OF THE LORD GOD ON GOOD FRIDAY APPEAR TO PASQUALE In person and deseppear,And on EASTER SANDY THE LORD GOD APPEAR TO PASQUALE BY THE HOLY SPIRIT AND SAY.
I am your Lord GOD you are my Servent.
And the Lord GOD SAY.Now I fill you with HOLY SPIRIT,To protect you where ever you are and where you are going.

2. NOW,De Lord GOD SAY:There is more HOLY SPIRIT will enter in your body ,When you walk,drive or sleep.

3. And the Lord GOD SAY.I give you the POWER for my people on Earth belived you are my SERVENT.
The Power I give you to look inside the SUN,the SUN LIGHT and Heat the Earth,
And the Lord god say now my people on Earth they will beliving you are my SERVENT.

4. And the Lord GOD SAY.Now I give you a job to start and to finish.you must go toevery Nations an Earth and tel to all my

3.

People they have DISOBEY MY LAW.Tel to all of tham to repent and I will foregive they SINS.

5. And the Lord GOD SAY to PASQUALE.Tel my people on Earth that I have CRIATE MAN AND WOMAN TO MAKE GROW TO LIVE BUT NOT TO KIL.

6. And the Lord GOD SAY TO PASQUALE .tel my people on Earth this is the day of NEW BEGAIN. I AM HERE TO SENTENCING SOME MY PEOPLE. PASQUALE YOU CHALLENGE MY PEOPLE AND I SENTENCING SOME TO DEATH AND SOME OTHERS TO LIVE IN DARKNESS HERE ON EARTH AND SOME OTHERS IN LIVING DEATH.

7. An the Lord GOD SAY.PIECE ON EARTH. all the NATIONS TO JOINS EACHATHER and form ONE UNION OF PEICE.

8. After all the Lord GOD SAY ALL.

9. PASQUALE THE SERVENT OF THE LORD GOD GIVE PASQUALE ALL THE MESSAGE TO GIVE TO ALL,THE LORD GOD PEOPLE.ON EARTH.

10. PASQUALE.Write many letters to many NATIONS THROUGHT THE WORLD Including POPE JOHN PAUL II.
There no one have Answered to PASQUALE.EXCEPT.
GEORGE W.BUSH,THE EX,PRESIDENT OF THE UNITED STATE OF AMERICA

11. GEORGE W.BUSH SAID.
The President also believes that Marriage is a SACRED union

4.

between a man and a woman, and he is committed to doing what is legally necessary to defend the sanctity of Mrriage.

12. GEORGE W,BUSH in his letter to.;PASQUALE THE SERVENT OF THE LORD GOD.The response was great that.PASQUALE WAS VERY PLEASE. BUT,the same sex.Discressing the CATHOLIC CHURCH,AND THE CHURCH DID NOT DOIN ANYTHING ABOVE. to late the same sex IVIL PEOPLE KNOW THAT THE MARRIAGE IS ONLY FOR ONE MAN AND ONE WOMAN.

13. PASQUALE the Servent of the Lord GOD.Now($UE)The President W.Bush becouse the President must go back to the WHITE HOUSE and Signed in to law that.;THE SAME SEX.MUST PROOVED THAT THEY BE ABLE TO PRODUCE THE SAME ONE MAN AND ONE WOMAN. The one the SAME SEX THEY ARE MARRIAD THEY MUST GOING BACK THE WAY THEY WERE BEFORE.AND THE SAME SEX MARRIAGE MUST BE PERMNENTLY (BAN)

14. PASQUALE THE SERVENT OF THE LORD GOD, (SUE)BARACK OBAMA THE THE PRESIDENT OF THE UNITED STATE OF AMERICA. The Lord GOD did choosing PASQUALE.To be his Servent and to Defend his people AN EARTH. The born and unborn,the President BARACK OBAMA he must OBEY THE LAW OF THE LORD GOD.AND THE LORD GOD SERVENT. PASQUALE THE SERVENT OF THE LORD GOD. Will proove to all the people an Earth that PASQUALE HE IS THE TRUE SERVENR OF THE LORD GOD FROM HAVEN.

5.

President BARACK OBAMA ,must Appear in the UNITED STATE DISTRICT COURT FOR THE DISTRICT OF ARIZONA.

401 W.Washington ST. PHOENIX,Arizona,And permently BAN.

1. The the same SEX,Marriage,The Marriage is between one man and one woman.The Marriage is sacrete and grace and Bless by the LORD GOD. The President BARACK OBAMA must Signed in to LAW that the same SEX,Marriage is Permanently BAN.

2. President BARACK OBAMA,At the time and Just before take Office as President of the United State of AMERICA.BARACK OBAMA. He make comment about the abortion.The President BARACK OBAMA state that. he is support the Abortion,becouse when si two girls they grow older they may be able to have ABORTION.
President BARACK OBAMA Must repent for what he did say?

3.PASQUALE the Servent of the LORD GOD.Give PASQUALE the POWER TO CHALLENGE ANYONE ON EARTH.
And the LORD GOD WILL SENTENCING,SOME HIS PEOPLE TO DEATH OR TO LIEVE IN DARKNIS HERE ON EARTH AND IN LIEVING DEATH.

4.PASQUALE the servent of the LORD GOD.IF BARACK OBAMA DOES NOT REPENT.PASQUALE GOING TO CHALLENG BARACK OBAMA,AND BARACK OBAMA will take whatever come to him. The ABORTION mustbe BAN.

As the LORD GOD told PASQUALE,I HAVE CREATE MAN AND WOMAN TO PRODUCE TO LIVE BUT NOT TO KIL.
THIS IS NEW BEGAIN BARACK OBAMA HE IS BETTER OF TO OBEY THE

LORD GOD LAW.IS THE TEN COMANDAMENT'S THE THE LORD GOD GIVE TO MOSES AT BEGAIN OF TIME.A WOMAN WHO HAVE ABORTION WILLBE CHARGE FOR MURDER BY THE LORD GOD.

15. PASQUALE THE LORD GOD SERVENT ASK TRESIDENT BARACK OBAMA TO PERMANENTLY BAN THE SAME SEX GARRIAGE.THE SAME SEX MARRIAGE DOES NOT EXCIST.THE LORD GOD SAY.
I HAVE CREATE MAN AND WOMAN TO PRODUCE TO LIVE BUT NOT TO KIL

16. THE LORD GOD GIVE GRACE TO WOMAN AND BLESS THE WOMAN TO PRODUCE BY HAVE CHILDRENS.
PASQUALE THE SERVENT OF THE LORD GOD FROM HAVEN WILL CHALLENGE ALL DOES WHO SUPORT THE SAME SEX MARRIAGE,PASQUALE WILL CHALLENGE THE GOVERNOR OF OLYMPIA WASHINGTON DC. WHO JUST SIGNED IN TO LAW THAT THE SAME SEX THEY HAVE THE SAME RIGHT AS THE WOMAN HAVE.
THE SAME.
THE SAME SEX THEY MUST START MAKE CHELDRENS OR THEY CAN GO TO HAIL WITH THE DEVIL.

17. President BARACK OBAMA THE PEOPLE WHOS SUPORT THE SAME SEX MARRIAGE MUST SENTENCING IN JAIL FOR LIFE,

18. PASQUALE THE LORD GOD SERVENT(SUING) THE PLANNED PARENTHOOD FEDERATION INC. et.al.' BY JENNIFER SANDMAN.BECOUSE JENNIFER SANDMAN SHE IS INGEGING IN CRIMINAL CRIME WHO ARE TRY TO LEGALIZE THE ABORTION SO THAT CRIMINAL WOMAN TO MURDER THE CHILDRENS OF THE LORD GOD THE ONE THEY ARE REDY TO BE BORN.

19. AS THE LORD GOD APPEAR TO PASQUALE BY THE HOLY SPIRIT AND SAY I HAVE RCEATE MAN AND WOMAN TO PRODUCE TO LIVE BUT NOT TO KIL THE LORD GOD TEL THE WOMAN IN DITAIL THAT WOMAN THEY WILL HAVE CHILDRENS,BUT DONOT HAVE THE CONSTITUTIONAL RIGHT TO MURDER THEY BABY,
PASQUALE WILL CHALLENGE ANYONE WHO EVER CAME FOREWARD.
AND THE LORD GOD WILL SENTENCING THAM. THIS IS NEW TIME THAT NO ONE CANT HIDING FROM THE LORD GOD.

20, PASQUALE THE SERVENT OF THE LORD GOD.SUE.PLANNED PARENTHOOH OF ARIZONA INC. AN ARIZONA NON PROFIT CORPORATION et.al.;
IT IS VERY CLEAR THAT THE PLANNED PARENTHOOD REPRESENT THE MURDERS,WOMAN WHO KIL THE CHILDRENS OF THE LORD GOD AND THE DOCTORS WHO PERFORM THE SURJURY AND BOTH CRIMINAL GET AWAYS WITH MURDERS.WOMAN AT THE TIME THEY KIL THEY BABY AND THE CHILDRENS OF THE LORD GOD.THEY WAVE THEY CONSTITUTIONAL RIGHT  AND THE WAVE THEY PRINACY ACT TO BE DEFEND BY CRIMINAL ATTORNEY.
THE LORD GOD GIVE PASQUALE HIS SERVENT THE POWER TO CHALLENGE ANYONE AN EARTH. PASQUALE WILL CHALLENGE THE

PLANNED PARENTHOOD OF ARIZONA,AND THE LORD GOD SENTENCI EVERY WHO ARE INVOLVE WITH CRIME.EVEN THE JUDGES OF THE COURT THEY BE JUDGE BY THE LORD GOD.

21. THIS LAW SUIT ARE FORM A NEW TIMES.

1. PASQUALE THE SERVENT OF THE LORD GOD FROM HEVEN. SUING.THOMES C.HORNE ATTORNEY GENERAL OF ARIZONA AND ATTORNEY GENERAL FOT THE STATE OF ARIZONA OFFICE.THOMAS HERNE HE MUST WITHDRAW THE MOTION FILE WITH(THE ARIZONA SUPREME COURT.TO EXCICUTING THE LILLERS.

2. THE LORD GOD FROM HEVEN APPEAR TO PASQUALE HIS SERVENT AND THE LORD GOD SAY.
I HAVE CREATE MAN AND WOMAN TO PRODUCE TO LIVE BUT NOT TO KIL. THERE IS NOT A SINGLE PERSON AN EARTH THAT HAVE THE. CONSTITUTIONAL RIGHT TO PUT A PERSONS TO DEATH.
THE STATE OF ARIZONA MUST BAN THE EXCICUTIONS AND SIGNED IN TO LAW BY THE ARIZONA GOVERNOR.JAN BREWER THE EXCICUTION IS PERMANENTLY BAN.

3. PASQUALE THE SERVENT OF THE LORD GOD,PASQUALE FURTHER SUE THE STATE OF ARIZONA.(BECOUSE THE SAME SEX MARRIAGE MUST BE BAN, BECOUSE THE LORD GOD FROM HEVEN IS GRACE AND BLESS BY THE LORD GOD TO WOMAN,AND MAN.

9.

4. AS THE LORD GOD FROM HEVEN DID APPEAR TO PASQUALE AND SAY.
I HAVE CREATE MAN AND WOMAN TO PRODUCE TO LIVE BUT NOT TO
KIL. THE MARRIAGE IS SACRED UNOIN BETWEEN ONE MAN AND ONE
WOMAN.
THE LORD GOD CHOOSING PASQUALE HIS SERVENT.TO DEFEND THE
LORD GOD LAW AND TO PROTECT THE LORD GOD LAW,
THE MARRIAGE IS ONLY BETWEEN ONE MAN AND ONE WOMAN.THE SAME
SEX MARRIAGE MUST BE BAN AND SIGNED IN TO LAW BY.
THE ARIZONA GOVERNOR JAN BREWER.

22.PASQUALE THE SERVENT OF THE LORD. GOD SUING THE STATE OF
ARIZONA AND THE INTIRE WORLD.BECOUSE MOST THE PEPLEO AN
EARTH ARE IN VIOLATIONS OF THE LORD GOD FROM HEVEN LAW.

1.THE LORD GOD AT THE BEGAIN OF TIME DID CHOOCING (MOSES) AND
GIVE MOSES THE TEN COMANDAMENT WITH REPRESENT THE LAW OF THE
LORD GOD THE ETERNAL JUDGE.
THERE SI NOT ANY JUDGES ABOVE THE LORD GOD.
THE JUDGES  WHOS SET IN THE COURT MOST OF THAM THEY DO NOT
RESPECT THE ORIGINAL LAW THE LAW OF THE LORD GOD.

2.THE LORD GOD  CHOOSING PASQUALE  TO DEFEND THE LORD GOD LAW.
AND TO DEFEND,HIS PEPLEO AN EARTH, THE BORN ONE AND THE ONE
JUSTABOUT TO BE BORN.

3.PASQUALE THE SERVENT OF THE LORD GOD. WILL CHALLENG THE
ARIZONA CONSTITUTIONAL AND THE PRIVACY ACT,AND THE RIGHT TO
CHOOSE.

10.

AS THE LORD GOD APPEAR TO HIS SERVENT PASQUALE AND HE SAY TO PASQUALE. I HAVE CREATE MAN AND WOMAN TO PRODUCE TO LIVE BUT NOT TO KIL.

4. THE LORD GOD LAW MUST RESPECT,

AS THE LORD GOD APPEAR TO PASQUALE HIS SERVENT AND THE LORD GOD SAY:

TEL MY PEOPLE ON EARTH, THIS IS NEW BEGAIN THE I AM HERE TO SENTENCING MY PEOPLE.

AND THE LORD GOD SAY TO PASQUALE. YOU CHALLENGE MY PEOPLE AND I SENTENCING SOME MY PEOPLE TO DAETH AND OTHERS TO LIVE IN DARKNISS HERE AN EARTH AND IN ETERNAL LIFE.

5. WOMAN DO NOT HAVE THE RIGHT TO CHOOSING TO HAVE ABORTION AND MURDER THE CHILDRENS OF THE LORD GOD.

AND DOCTORS THEY HEVE NOT THE RIGHT TO PERFORM SURJURY AND KIL THE AN BORN CHILDRENS.

WOMAN AND DOCTORS THEY MUST BE CHARGE WITH MURDER AND THEY MUST BE SENTENCING LIKE ANY OTHERS CRIMINAL WHOS KIL INNOCENT PEOPLE.

THE STATE OF ARIZONA MUST BAN THE ABORTION AND SIGNED IN TO LAW BY. THE GOVERNOR JAN BREWER THAT THE ABORTION IS PERMANENTLY BAN.

23.1. PASQUALE THE SERVENT OF THE LORD GOD, PASQUALE SUING CHRES GREGOERI, GOVERNOR OF OLYMPIA, WASHINGTON DC 98504. (BECOUSE CHRIS GREGOERI RESONLY SIGNED IN TO LAW THE SAME SEX MARRIAGE, CHRIS GREGOERI MAY SHE IS LISBIAN OR SHE DID THIS MAYBE TO RE-ELECT GOVERNOR. THE GOVERNOR OF OLYMPIA DC SHE THOSE NOT HAVE THE CONSTITUTIONAL RIGHT TO HAVE THE SAME SEX, TO GET MARRIED

2. AS THE LORD GOD SAY. I HAVE CREATE MAN AND WOMAN TO PRODUCE TO LIVE BUT NOT TO KIL.

3. THE SAME SEX PARTIE THEY ARE NOT INTITLE TO GET MARRIED OR TO RECIVED BENEFICT FROM ANY GOVERNAMENTS.

4. THE SAME SEX COUPLE THEY MUST PROOVE TO THE WOULD THEY ARE IN A CONDITION THEY DO PRODUCE THE SAME ONE MAN AND ONE WOMAN BEFORE THEY ARE INTITLE TO GETMARRIED.
IF THE SAME SEX-COUPLE THEY CANNOT PROOVE. CHRIS GREGOERI THE GOVRNOR OF OLYMPIA. WASHINGTON DC. SHE MUST DISMISS HER OR STEP DOWN AS GORVERNOR, AND STOP MAKE FALSE LAW.

5. AS THE LORD GOD APPEAR TO PASQUALE, THE LORD GOD SIAD TO PASQUALE TEL ALL MY PEOPLE AN EARTH THAT THIS IS THE DAY OF NEW BEGAIN. I AM HERE TO SENTENCING SOME MY PEOPLE. YOU PASQUALE CHALLEGE MY PEOPLE AND I SENTNCING SOME TO DEATH AND OTHRS TO LIVE IN DARKNISS HERE ON EARTH AND IN LIVING DEATH. CHRIS GREGOERI SHE MUST REPENT AND THE LORD GOD WILL FOREGIVE HER FOR WHAT SHE DONE.

1. PASQUALE the Servent of the lord GOD, SUE Bishop THOMAS Olmsted becouse at the time the lord GOD appear to PASQUALE the Servent of the lord GOD.
PASQUALE did write many letters to many President throughout the WOLD and also write a letter to.;POPE JOHN PAUL THE II. And also write a letter three times to BISHOP THOMAS Olmsted. The only person did respond was.;GEORGE W.BUSH the EX. President of the UNITED STATE OF AMERICA.COPY OF THE LETTER PASQUALE will Distribute to all parties.

2. PASQUALE the Servent of the lord GOD,:ALSO did Call sever time but the BISHOP THOMAS OLMSTED did not beleaved PASQUALE the lord GOD did appear to PASQUALE? But PASQUALE going to prove to the Entire wold that the lord GOD did APPEAR TO PASQUALE the Servent And also on March 17/2011.THE VIRGINE MARIA THE MOTHER OF THE LORD GOD APPEAR TO PASQUALE.

3. When the lord GOD appear to PASQUALE for the second time.The Lord GOD give PASQUALE MESSAGE TO PASQUALE the Servent of the lord GOD.To Deliver to the Lord GOD People an EARTH.But the Bishop Thomas Olmsted.BOLCK PASQUALE to deliver those Message To the lord GOD PEOPLE.

4. The lord GOD give his Servent PASQUALE the POWER to CHALLENGE anyone an EARTH.Pasquale will CHALLEGE the Bishop at the time he Appear in COURT LIKE ANYONE LOSO.

13

PASQUALE THE SERVENT OF THE LORD GOD.SUE John D.Ehrich the PASTOR of SAINT THOMAS CATHOLIC CHURCH.

As the lord GOD say to PASQUALE his servent.You must delive my Message to my people an Earth.

1, PASQUALE the Servent of the Lord GOD.Persued Pastor John Enhrich for the Pastor late PASQUALE,To late PASQUALE to speek his Parritioner by DELIVERY the Message to the People of the Lord GOD as the Lord GOD ORDER PASQUALE.

2. PASQUALE  Meet John Enhrich the pastor of the SAINT THOMAS and Delivered the Message of the LORD to the Pastor.
The Partor becouse PASQUALE did not call the Pastor (FATHER) JOHN D.ENHRICH DINIED TO PASQUALE THE SERVENT OF THE LORD GOD TO DELIVERY THE MESSAGE FROM THE LORD GOD TO HIS PEOPLE.

3. The Pastor of SAINT THOMAS CHURCH HE MUST PROVE TO THE LORD GOD AND TO PASQUALE AND THE COURT HOW PASQUALE BE CAME THE SON OF JOHN D.ENHRICH.

4. After all the discation with the Pastor John Enhrich.the lord GOD FROM  HEVEN TOLD PASQUALE.I AM THE FATHER OF ALL MY PEOPLE AN EARTH AND THE IS ONOTHER FATHER.
MAN AND WOMAN THEY HAVE CHILDRENS AND THE CHILDRENS CALL THE MAN FATHER.AND THE LORD GOD SAY TO PASQUALE.THERE IS NOT ANYMORE FATHERS.

RESPECTFULLY FILE THIS CLASSACTION

This 29 day of Feb .2012

*Pasquale LaBate* (signature)

Pasquale the servent of the lord GOD:

CERTIFICATE OF SERVICE

STATE OF ARIZONA   )
                   )ss.
COUNTY OF MARICOPA)

　　　PASQUALE SERVENT OF THE LORD GOD.being first duly sworn upon his oath,deposes and SAYS

That I AM the servent of the LORD GOD.and Serve the FOREGOING TO ALL UNDER LINE Defendant'S.

1. GEORGE W.BUSH EX,PRESIDENTOF THE UNITED STATE OF AMERICA.
   O/C Eric H Holder Jr.
   At WHITE HOUSE WASHINGTON DC.

2. BARACK OBAMA President of the UNITED STATE OF AMERICA
   US.ATTORNEY GENERAL Eric,H.Holder Jr. WHITE HOUSE WASHINGTON DC

3. THOMAS C.HORNE Attorney General for the State of Arizona
   1275 W,Washington ST.Phoenix,Azrizona 85007.

4. ROB McKienna Attorney GENERAL.
   1125 southEast OLYMPIA,Washington,98504-010

5. Planned Parenthood of Arizona Inc.
   5651 N.7th Street Phoenix,AZ85014

6. PANNED PARENTHOOD FEDERATION OF AMERICA INC.
   BY JENNIFER SANDMAN.
   434 West 33rd Street.NEW YORK NY i0001

7, Bishop THOMAS OLMSTED.
   400 E,Manro Phoenix.arizona 85004

8. PASTOR JOHN D,ENHRICH
   2312 E,Campbell Ave,Phoenix.AZ 85016-5597.

　　　RESPECTFULLY SUBMITTED this __ DAY of FEb  P2012

　　　　　BY _Pasquale Labate_
　　　　　　　PASQUALE LABATE SERVENT OF LORD GOD

**THE WHITE HOUSE**

WASHINGTON

June 2, 2004

Pasquale Labate
1534 East Willetta Street
Phoenix, Arizona 85006-2934

Dear Pasquale Labate:

On behalf of President Bush, thank you for your letter. We appreciate learning your views.

President Bush believes that every American has the right to be treated fairly, with dignity and respect, regardless of their sexual orientation. He has called on all Americans to respect each individual and to condemn hateful acts. The President also believes that marriage is a sacred union between a man and a woman, and he is committed to doing what is legally necessary to defend the sanctity of marriage.

President Bush encourages citizens to focus on our Nation's common ideals and goals, including winning the war on terror, securing our homeland, and expanding prosperity to every corner of America. Thank you for taking the time to write, and best wishes.

Sincerely,

*Heidi Marquez*

Heidi Marquez
Special Assistant to the President
and Director of Presidential Correspondence